IN RE RESIGNATION OF CRIST.

[Cite as *In re Resignation of Crist* (1994), 69 Ohio St.3d 1218.]

(No. 94–1068—Submitted June 15, 1994—Decided June 20, 1994.)

The resignation of John Allison Crist of Middletown, Ohio, as an attorney, Registration No. 0012401, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

IN RE RESIGNATION OF GUILLOTON.

[Cite as *In re Resignation of Guilloton* (1994), 69 Ohio St.3d 1218.]

(No. 94–1132—Submitted June 15, 1994—Decided June 20, 1994.)

The resignation of Sheila Kahoe Guilloton of Simsbury, Connecticut, as an attorney, Registration No. 0009707, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

HARKCOM ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* OHIO POWER COMPANY, APPELLEE AND CROSS-APPELLANT.

[Cite as *Harkcom v. Ohio Power Co.* (1994), 69 Ohio St.3d 1218.]